**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6703**

———————

In Re:  KELVIN J. MILES,

                                        Petitioner.

———————

On Petition for Writ of Mandamus.
(CA-05-1139-8-AW)

———————

Submitted:  August 17, 2005        Decided:  September 21, 2005

———————

Before LUTTIG, MICHAEL, and GREGORY, Circuit Judges.

———————

Petition dismissed by unpublished per curiam opinion.

———————

Kelvin J. Miles, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kelvin J. Miles petitions this court for a writ of mandamus. He seeks review of a recent district court decision denying his petition filed pursuant to the All Writs Act. Mandamus is a drastic remedy and should be used only in extraordinary situations. See Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Mandamus relief is only available when there are no other means by which the relief sought could be granted, Beard, 811 F.2d at 826, and may not be used as a substitute for appeal. In re Catawba Indian Tribe, 973 F.2d 1133, 1135 (4th Cir. 1992). The party seeking mandamus relief carries the heavy burden of showing that he has no other adequate means to attain the relief he desires and that his entitlement to such relief is clear and indisputable. Allied Chem. Corp. v. Daiflon, Inc., 449 U.S. 33, 35 (1980). Miles has failed to make the required showing. We deny the motions for leave to proceed in forma pauperis and for appointment of counsel and dismiss the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DISMISSED

- 2 -